1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Annick M. Persinger (State Bar No. 272996)
   Yeremey O. Krivoshey (State Bar No. 295032)
3  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
5  E-Mail:  ltfisher@bursor.com
              apersinger@bursor.com
6             ykrivoshey@bursor.com

7  *Attorneys for Plaintiff*

8

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12 | PATRICK ROBERTS, on Behalf of Himself and all Others Similarly Situated, | Case No.  2:16-cv-00190-MCE-EFB |
   |---|---|
   |          Plaintiff,     | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
   |    v.                    | |
   | UNIFIN, INC.             | |
   |          Defendant.     | Hon. Morrison C. England, Jr. |

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Patrick Roberts voluntarily dismisses the above captioned action with prejudice.

Dated: June 10, 2016

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ L. Timothy Fisher*
       L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
            apersinger@bursor.com
            ykrivoshey@bursor.com

*Attorneys for Plaintiff*